IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION


JAMES PAUL COX                                                        PLAINTIFF

              v.                    Civil No. 06-5212

CAPTAIN PETRAY; and
LT. CARTER                                                           DEFENDANTS

**O R D E R**

     Defendants have filed a motion for summary judgment (Doc. 12).  To assist plaintiff in responding to the motion, the court is propounding a questionnaire.  The court will consider plaintiff's response to the questionnaire in issuing a report and recommendation on the summary judgment motion.

     For this reason, James Paul Cox is hereby directed to complete, sign, and return the attached response to defendants' summary judgment motions on or before **February 11, 2008**. **Plaintiff's failure to respond within the required period of time may subject this matter to dismissal for failure to comply with a court order.**

     IT IS SO ORDERED this 22nd day of January 2008.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

-1-

AO72A
(Rev. 8/82)

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JAMES PAUL COX                                                                PLAINTIFF

                    v.                        Civil No. 06-5212

CAPTAIN PETRAY; and
LT. CARTER                                                                   DEFENDANTS

**<u>RESPONSE TO SUMMARY JUDGMENT MOTION</u>**

TO:  JAMES PAUL COX

        These questions and answers will serve as your response to the motion for summary

judgment filed by the defendants.  You may use additional sheets of paper in responding to

these questions.  You must file this response by **February 11, 2008.**

        1.  On October 10, 2005, a revocation hearing was held in which you admitted the

allegations in the petition.  You were continued on probation for twelve months, found in

contempt for violation of the court's orders, and sentenced to sixty days in the Benton County

Jail.  You were given credit for fourteen days already served.

        Agree_____ Disagree_____Without knowledge to agree or disagree_____.

        If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 1 at

        page 1.

_____

_____

_____

_____

-2-

2.  On May 18, 2006, a petition for revocation of your probation was filed.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 1 at page 2.

_____

_____

_____

_____

3.   On May 23, 2006, a warrant for your arrest for terroristic threatening was issued.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 1 at page 3.

_____

_____

_____

_____

4.  You were arrested on June 5th and booked into the Benton County Detention Center (BCDC).

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 1 at pages 3-4.

_____

AO72A
(Rev. 8/82)

_____

_____

_____

5.  You were released on June 6th after securing a bond from Affordable Bail Bonds.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 1 at page 4.

_____

_____

_____

_____

6.  You completed a medical questionnaire on June 5th as part of your booking.  You indicated you were on a Vegetarian diet, taking Zoloft, and were allergic to fish and eggs.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page 1.

_____

_____

_____

_____

7.  On June 5th a Circuit Judge signed an order directing that an arrest warrant be issued for you on the petition to revoke your probation.  The order was filed with the Circuit

Clerk on June 9th.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 1 at page

5.

_____

_____

_____

_____

8.  You were booked back into the BCDC on August 16, 2006, on a charge of

revocation of your suspended sentence or probation.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 1 at page

6.

_____

_____

_____

_____

9.  As part of your intake, you completed a medical questionnaire.  You indicated you

were on a vegetarian diet but did not indicate you had any other health problems and did not

state you were taking any medications.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at pages

-5-

2-3.

_____

_____

_____

_____

10(A).  On August 16th you submitted a medical request.  You stated you were a Christian and an active member of the Church of the Latter Day Saints.  You stated you did not eat meat.  In response, Captain Petray stated you would remain on the same diet.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page 4.

_____

_____

_____

_____

(B).  Do the dictates of your religion requires that you be a vegetarian?

Answer:  Yes _____ No _____.

If you answered yes, please state what items you are prohibited from eating by your faith.

_____

_____

_____

-6-

If you answered no, please explain.

_____

_____

_____

_____

(C).  Were you able to eat other items on your food trays and avoid eating meat?

Answer:  Yes _____ No _____.

If you answered yes, please state if you received a diet sufficient to sustain your health.

_____

_____

_____

_____

If you answered no, please explain why you could not eat the other items on your tray and state whether your health suffered in anyway.

_____

_____

_____

_____

_____

_____

AO72A
(Rev. 8/82)

_____

_____

    (D).  Other than not accommodating your request for a vegetarian diet, were you able to worship and follow the dictates of your religion?

    Answer:  Yes _____ No _____.

    If you answered no, please explain in detail how you were prevented from worshiping or following the dictates of your religion.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

    11.  On August 17th you were served a warrant on the petition for revocation of your suspended or probated sentence and a warrant for failure to appear.

    Agree_____ Disagree_____Without knowledge to agree or disagree_____.

-8-

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 1 at pages 8-9.

_____

_____

_____

_____

12.  On August 18th while conducting a shakedown Deputy Barrett found a white packet containing a brown leafy substance near your bunk.  You denied bringing the substance into the jail but were locked down for introducing contraband into the facility.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page 1.

_____

_____

_____

_____

13(A).  You were charged with a disciplinary violation.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page 2.

_____

_____

-9-

_____

_____

(B).  There was a hearing, you were found guilty, and given thirty days lock-down with loss of privileges.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page 2.

_____

_____

_____

_____

(C).  You appealed and the decision was reversed for lack of evidence.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page 2.

_____

_____

_____

_____

14.  On August 19th you requested medical care for a sinus headache and a backache from the metal bunk.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

-10-

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page 4.

_____

_____

_____

_____

15.   You were seen by Nurse McDonald on August 21st for sinus and back problems. She prescribed Ibuprofen for five days, three times a day.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page 12.

_____

_____

_____

_____

16.   On August 23rd you complained you were still having sinus problems and were constantly blowing your nose.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

-11-

_____

17.  You were seen by Nurse McDonald on August 25th and she noted you claimed your sinuses were still running.  She instructed you to sniff water.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page 12.

_____

_____

_____

_____

18.  On September 9th you requested medical treatment for your right wrist.  You stated you had tripped going up the stairs.  You indicated your wrist was swollen and you could not put any pressure on it.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page 6.

_____

_____

_____

_____

19.  You were seen by Dr. Mullins on September 11th.  He noted you said you fell and jammed your right hand.  Your hand was swollen at some of the MP joints.  He

-12-

diagnosed you with contusion and tendinitis of the right hand.  He ordered an x-ray of your right hand.  He prescribed Ibuprofen, three times a day, for seven days.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page 7.

_____

_____

_____

_____

20.  Your right hand was x-rayed on September 12th at St. Mary's hospital and there was no evidence acute osseous injury but some evidence of prior trauma to the first digit.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page 8.

_____

_____

_____

_____

21.  On August 31st you appeared in court with your public defender and entered a plea of guilty to the charge of terroristic threatening and were sentenced to a term of imprisonment of sixty months.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

AO72A
(Rev. 8/82)

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 1 at pages 10-12.

_____

_____

_____

_____

22.  On September 17th you filed a request to be moved to a "commit pod" and to be a trustee.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 1.

_____

_____

_____

_____

23.   On September 25th you again asked to be made a trustee.  In response you were told if you were needed, you would be pulled.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 2.

_____

_____

_____

_____

24.  On September 28th you asked again to be made a trustee.  In response, you were told if you had filled out a trustee application, you would be considered.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 3.

_____

_____

_____

_____

25. On October 2nd you requested a copy of your judgment and commitment order. You were provided a copy.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at pages 4 and 5.

_____

_____

_____

_____

26.  On October 7, 2006, you submitted a request stating that you were ready to go to the Department of Correction.  You asked if you had to go to the hole to get put on top of the

-15-

priority list.  In response, you were told you did not have to go to the hole.

      Agree_____ Disagree_____Without knowledge to agree or disagree_____.

      If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page

7.

_____

_____

_____

_____

      27.  On October 9th you submitted a request asking why inmates sentenced after you

went to prison before you.  In response, you were told Benton County did not decide who

goes to prison.  Instead, you were told the prison called for people.  You were told to contact

the prison with your question.

      Agree_____ Disagree_____Without knowledge to agree or disagree_____.

      If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page

8.

_____

_____

_____

_____

      28(A).  On October 10th you submitted a request stating it was extremely cold in the

cells.  You asked if the thermostat could be adjusted to make the cells a more comfortable

temperature.  In response, you were told that maintenance was working on it.

-16-

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 9.

_____

_____

_____

_____

(B).  Was anything done to make the temperature more comfortable?

Answer:  Yes _____ No _____.

If you answered no, please describe in detail the temperature of the cells and the type of clothing or other items (e.g., blankets) you had to keep warm with.

_____

_____

_____

_____

29(A).  On October 14th you submitted a grievance stating you grinded all day yesterday and Baker told you if you didn't grind last night he would take your games and newspapers.  You stated he said the order came from the captain.  You indicated Baker was also belligerent.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 10.

-17-

_____

_____

_____

_____

(B).  In response you were told Captain Petray would check with the sergeant.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 10.

_____

_____

_____

_____

(C).  Please explain what you mean when you say you were grinding all day.

Answer:

_____

_____

_____

_____

30(A).  You left the BCDC on October 16th and went to St. Francis County.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 1 at page 13.

-18-

_____

_____

_____

_____

(B).   You returned to the BCDC on October 18th.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 1 at page

13.

_____

_____

_____

_____

31.  On October 18th you requested the mail that had been received while you were

gone to court.  In response you were told any mail received while you were not there was

returned to sender.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page

11.

_____

_____

_____

_____

-19-

32.  On October 19th you requested medical care.  You stated you had sinus infection. You indicated you had sores inside you nose and your nose was swollen.

Agree_____  Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 12.

_____

_____

_____

_____

33.  On October 20th you requested medical attention.  You stated your sinuses were very sore and swollen.  You stated you had sores inside your nose.  You complained about poor ventilation.

Agree_____  Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page 9.

_____

_____

_____

_____

34.  You were treated by the jail doctor on October 20th and prescribed Amoxil and a decongestant for sinusitis.

Agree_____  Disagree_____  Without knowledge to agree or disagree_____.

-20-

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page 12.

_____

_____

_____

_____

35(A).  On October 20th you submitted a grievance about unsanitary living conditions.  You asked for a clean sheet.  You stated you had been asking for three weeks.  You stated you asked Deputy Brown for one and he stated he would have to look at it.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 13.

_____

_____

_____

_____

(B).  In response, Captain Petray stated he would have a sergeant check into this.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 13.

_____

_____

AO72A
(Rev. 8/82)

_____

_____

(C).  This is your first complaint about not receiving clean sheets.  Prior to this had

you received clean sheets on a regular basis?

Answer:  Yes _____ No _____.

If you answered no, please explain why you had never mentioned this before.

_____

_____

_____

_____

_____

_____

_____

_____

(D).  Did you receive a clean sheet in response to your grievance?

Answer:  Yes _____ No _____.

If you answered no, please state how long it was before you received a clean sheet.

_____

_____

_____

_____

-22-

36(A).  On October 21st you submitted a grievance about unsanitary living conditions.  You stated that the conditions were nasty and air quality was bad.  You stated the vents were full of dust.  You indicated the grinding being done in the pods was contaminating the air.  You stated black mold and spores were being released into the air when they started grinding which was the reason for the remodeling.

Agree_____  Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 15.

_____

_____

_____

_____

(B).  In response, you were told the dust was being controlled as best they could.

Agree_____  Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 15.

_____

_____

_____

_____

(C).  Please explain what grinding was being done and where it was being done.

Answer:

-23-

_____

_____

_____

_____

_____

_____

_____

_____

(D).  Please explain what steps were being taken to control the dust.

_____

_____

_____

_____

_____

_____

_____

(E).  Did you suffer any health problems because of the dust?

Answer:  Yes _____ No _____.

If you answered yes, please describe in detail the health problems.

_____

_____

-24-

_____

_____

_____

_____

_____

_____

(F).  Please state when the grinding started and how long it lasted.

_____

_____

_____

_____

37(A).  On October 22nd you asked to see the doctor for depression, stress, and anxiety.  You stated you were getting little sleep, sometimes felt like you couldn't breathe, and were having problems dealing with it all.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page 10.

_____

_____

_____

_____

(B).  In response, you were put on the list to see the doctor.

-25-

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page 10.

_____

_____

_____

_____

38.  You submitted a grievance on October 22nd complaining that Baker went through your legal mail and attempted to read your personal letters.  In response, you were told that Captain Petray would check with the sergeant.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 16.

_____

_____

_____

_____

39.  On October 23rd you submitted a request thanking Sgt. Beldin for taking care of your bond surrender and asking him to send you down to prison as soon as possible.  In response, you were told the BCDC did not decide who went to prison first.  Instead, the prison contacted the detention center and told them who goes.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

-26-

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 17.

_____

_____

_____

_____

40.  You were seen by the doctor on October 25th for anxiety and depression and prescribed Prozac.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 11.

_____

_____

_____

_____

41(A).  On October 25th you submitted a request for a vegetarian diet.  You stated it was your third request.  You stated you refused to eat meat due to your choice.  You stated you were becoming very hungry.  You stated your religious belief was stronger.  You asked to be allowed to exercise your right to express your religious belief that included no meat. You referred to inmate Rule #8.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page

-27-

18.

_____

_____

_____

_____

    (B).  In response, Captain Petray noted that when you were booked in you stated that you were non-denominational.

    Agree_____ Disagree_____Without knowledge to agree or disagree_____.

    If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 18.

_____

_____

_____

_____

    (C).  He noted that the Chaplains that came in are non-denominational.  He asked how you were now a 7th Day Adventist.

    Agree_____ Disagree_____Without knowledge to agree or disagree_____.

    If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 18.

_____

_____

_____

-28-

_____

(D).  When you came into the jail did you indicate you were non-denominational?

Answer:  Yes _____ No _____.

Explain your answer.

_____

_____

_____

_____

_____

_____

_____

_____

42.  On October 27th you signed the trustee rules.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 1 at page

14.

_____

_____

_____

_____

43.  On November 16th you were released to the Arkansas Department of Correction.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

-29-

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 1 at page 15.

_____

_____

_____

_____

44.  You received all medication prescribed to you while at the BCDC.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at pages 14-23.

_____

_____

_____

_____

45.  You had an intake physical at the ADC on November 22, 2006, and your nose was determined to be normal.  Note was made that you had a history of substance abuse: tobacco, alcohol, amphetamines, marijuana, and had snorted, smoked and done IV methamphetamine for six years and had smoked marijuana daily for twenty-four years.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page 4.

_____

-30-

_____

_____

_____

46.  On December 14, 2006, you were given an asthma visit.  It was noted you had no

significant lung, breathing of asthma problems.  It stated you had mild intermittent symptoms

for less than one week but were asymptomatic when checked and had normal breathing.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at pages

45-48.

_____

_____

_____

_____

47.  The BCDC routinely performs maintenance and upkeep projects throughout the

detention center to maintain adequate health and safety standards.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

48.   This includes the painting of the showers in the cells.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

49.  To properly paint the showers, the original coat of paint must be removed from the brick walls before repainting the walls.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

50.   No black mole spores were present in the cell showers when the paint was being removed.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

AO72A
(Rev. 8/82)

Detail below any further response you would like to make to the motion for summary

judgment.  If you have any exhibits you would like the court to consider, you may attach

them to this response.

_____

_____

_____

_____

_____

_____

-33-

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

     I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS

TRUE AND CORRECT.

     EXECUTED ON THIS _____ DAY OF _____ 2008.


_____

     JAMES PAUL COX

-34-

**AO72A**
**(Rev. 8/82)**