IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JAMES PAUL COX                                                                                    PLAINTIFF

        v.                              Civil No. 06-5212

CAPTAIN PETRAY; and
LT. CARTER                                                                                        DEFENDANTS

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Plaintiff, James Paul Cox, filed this civil rights action pursuant to the provisions of 42 U.S.C. § 1983. He proceeds *pro se* and *in forma pauperis.*

Defendants filed a motion for summary judgment (Doc. 12). To assist plaintiff in responding to the summary judgment motion, the undersigned entered an order (Doc. 16) directing Cox to complete, sign and return an attached questionnaire that would serve as his response to the summary judgment motion.

The plaintiff's response to the questionnaire was to be returned by January 22, 2008. On February 4, 2008, a change of address was entered for plaintiff (Doc. 17). The questionnaire was re-sent to the plaintiff and he was given an extension of time until February 21, 2008, to respond to the questionnaire. To date, the plaintiff has failed to respond to the questionnaire. Plaintiff has not sought an extension of time to respond to the questionnaire. The order and questionnaire have not be returned as undeliverable.

On February 15th, the defendants filed a motion to dismiss (Doc. 18). The motion to dismiss is based on the plaintiff's failure to respond to the court's order (Doc. 16).

I recommend Cox's claims be dismissed on the grounds he has failed to prosecute this action and comply with the order of the court. *See* Fed. R. Civ. P. 41(b). **The parties have ten days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 26th day of February 2008.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE